1 | Steven L. Stemerman, # 67690
2 | Andrew J. Kahn, # 129776
DAVIS, COWELL & BOWE
3 | 595 Market Street, Suite 1400
San Francisco, CA 94105
4 | 415-597-7200

5 | *Attorneys for Defendant United Food and*
*Commercial Workers Local 8-Golden State*
6

7 |                    UNITED STATES DISTRICT COURT

8 |                    EASTERN DISTRICT OF CALIFORNIA

9

10

11 | RALEY'S, a California corporation; VICKI
LYNN LIKES, an individual; and LORI LYNN
12 | BELGER, an individual,

13 |                    Plaintiffs,          Case No. 2:15-cv-02073-KJM-KJN

14 |              v.                         **CERTIFICATE OF SERVICE OF
NOTICE TO ADVERSE PARTY OF
15 | UNITED FOOD AND COMMERCIAL              REMOVAL TO FEDERAL COURT**
WORKERS LOCAL 8-GOLDEN STATE, a
16 | California incorporated labor association; and
DOES 1-20,
17
18 |                    Defendants.

19

20 |                    **<u>CERTIFICATE OF SERVICE</u>**

21 | I, Dinh Luong, certify and declare as follows:

22 |        I am over the age of 18 years and not a party to this action. My business address is 595

23 | Market Street, Suite 1400, San Francisco, California 94105, which is located in the city, county

24 | and state where the mailing described below took place.

25 |        On October 2, 2015, I deposited in the United States Mail at San Francisco, California a

26 | copy of the Notice to Adverse Party of Removal to Federal Court, a copy of which is attached to

27 | this Certificate, addressed as follows:

28 | //

                                        1

1 | Edward P. Zappia
2 | Gail E. Wise
THE ZAPPIA LAW FIRM
3 | 333 South Hope Street, Suite 3600
Los Angeles, California 90071
4
*Attorneys for Plaintiffs Raleys et al.*
5
I declare under penalty of perjury that the foregoing is true and correct.
6

7
Executed on October 2, 2015.
8

9 | _____
10 | Dinh Luong

2

Steven L. Stemerman, # 67690
Andrew J. Kahn, # 129776
DAVIS, COWELL & BOWE
595 Market Street, Suite 1400
San Francisco, CA 94105
415-597-7200

*Attorneys for Defendant United Food and
Commercial Workers Local 8-Golden State*

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SACRAMENTO

| | |
|---|---|
| RALEY'S, a California corporation; VICKI LYNN LIKES, an individual; and LORI LYNN BELGER, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED FOOD AND COMMERCIAL WORKERS LOCAL 8-GOLDEN STATE, a California incorporated labor association; and DOES 1-20, <br><br> Defendants. | Case No. 34-2015-00184814-CU-CO-GDS <br><br> **DEFENDANT'S NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. §§ 1331 AND 1441(a) AND 29 U.S.C. § 185(a)** <br> **(FEDERAL QUESTION)** |

To Plaintiffs and their Attorneys of Record:

PLEASE TAKE NOTICE THAT a Petition for Removal in this action was filed in the United States District Court for the Eastern District of California on October 2, 2015. The federal court case number is 2:15−CV−02073−KJM−KJN.

A copy of the said Petition for Removal is attached to this Notice as Exhibit 1, and is served and filed herewith. A copy of the Civil Cover sheet is attached as Exhibit 2. A copy of the Notice of Filing a Petition of Removal of Action is attached to this notice as Exhibit 3.

//

//

1

.

1   Date:  October 2, 2015                          Respectfully submitted,

2                                                   DAVIS, COWELL & BOWE

3

4                                                   By:  /s/ Andrew J. Kahn
                                                        Andrew J. Kahn
5

6                                                   *Attorneys for Defendant United Food and*
                                                    *Commercial Workers Local 8-Golden State*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 1

1  Steven L. Stemerman, # 67690
2  Andrew J. Kahn, # 129776
   DAVIS, COWELL & BOWE
3  595 Market Street, Suite 1400
   San Francisco, CA 94105
4  415-597-7200

5  *Attorneys for Defendant United Food and*
   *Commercial Workers Local 8-Golden State*
6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10
   RALEY'S, a California corporation; VICKI
11 LYNN LIKES, an individual; and LORI LYNN
   BELGER, an individual,
12
13                Plaintiffs,                    No.

14       v.                                      **PETITION FOR REMOVAL OF**
                                                 **ACTION UNDER 28 U.S.C. §§ 1331**
15 UNITED FOOD AND COMMERCIAL                    **AND 1441(a); 29 U.S.C. §§ 185(a) and**
   WORKERS LOCAL 8-GOLDEN STATE, a               **186 (FEDERAL QUESTION)**
16 California incorporated labor association; and
   DOES 1-20,
17
18                Defendants.

19

20 To the Clerk of the United States District Court for the Eastern District of California:

21       PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant

22 UFCW Local 8 –Golden State ("Defendant") hereby removes to this Court the state court action

23 described below.

24       1.      On or about Sept. 28, 2015, an action was commenced in the Superior Court of the

25 State of California for the County of Sacramento.  The case is entitled Raley's, a California

26 corporation; Vicki Lynn Likes, an individual; and Lori Lynn Belger, an individual, Plaintiffs, v.

27 United Food and Commercial Workers Local 8-Golden State, a California incorporated labor

28 association; and Does 1-20, Defendant.  The case was assigned number 34-2015-00184814-CU-

                                              1

1  CO-GDS and the Complaint is attached hereto as Exhibit A.

2      2.    The first date on which Defendant received a copy of said complaint was on or

3  about September 28, 2015, when Defendant was served with a copy of the said complaint and a

4  summons from the said state court. A copy of the summons and other papers served therewith are

5  attached hereto as Exhibit B.  The Complaint and Exhibit B constitute all papers served upon

6  Defendant in this action.

7      3.    This action is a civil action of which this Court has original jurisdiction under 28

8  U.S.C. section 1331, and is one which may be removed to this Court by Defendant pursuant to the

9  provisions of 28 U.S.C. section 1441(a) in that each cause of action involves the interpretation

10  and application of a collective bargaining agreement governed by section 301 of the Labor

11  Management Relations Act ("LMRA"), 29 USC section 185, and each cause of action includes a

12  claim for breach of LMRA section 302, 29 USC section 186, over which this Court has

13  jurisdiction under section 302 (e). This Court has supplemental jurisdiction over the other claims

14  in the complaint under 28 U.S.C. § 1367, and these causes of action are removable under 28

15  U.S.C. § 1441(c).

16      4.    There are no other defendants named in the suit other than Local 8; no Doe

17  defendants have been specified and Defendant is aware of no person or entity meeting the

18  description of Doe defendants contained in the Complaint.

19      5.    Venue is proper in the United States District Court for the Eastern District of

20  California because this action was brought in the Superior Court for the County of Sacramento

21  California.

22      6.    This Notice of Removal is filed in this Court within thirty days after Defendant

23  received notice of this action; and within one year of commencement of the action.

24      7.    Written notice of the filing of this Notice of Removal will be served on Plaintiffs'

25  counsel on the same date that this Notice is filed. There are no other parties to this action.

26      8.    A true and correct copy of this Notice will be filed with the Clerk of the Court of

27  the Superior Court for the County of Sacramento.

28  //

1    Date:   October 2, 2015                    Respectfully submitted,

2                                               DAVIS, COWELL & BOWE

3                                               By: /s/ Andrew J. Kahn
                                                    Andrew J. Kahn
4

5                                               *Attorneys for Defendant United Food and
                                                Commercial Workers Local 8-Golden State*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                               3

Exhibit 2

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Raley's, a California corporation; Vicki Lynn Likes, an individual; and Lori Lynn Belger, an individual | United Food and Commercial Workers Local 8-Golden State, a California incorporated labor association; and Does 1-20 |

**(b)** County of Residence of First Listed Plaintiff    Sacramento
     *(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Sacramento
     *(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
THE ZAPPIA LAW FIRM
333 South Hope Street, Suite 3600, Los Angeles, California 90071
213-814-5550

Attorneys *(If Known)*
DAVIS, COWELL & BOWE
595 Market Street, Suite 1400, San Francisco, CA 94105
415-597-7200

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ❏ 2 U.S. Government Defendant
- ❏ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY**    **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane    ❏ 365 Personal Injury - | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 400 State Reapportionment |
| ❏ 130 Miller Act | ❏ 315 Airplane Product      Product Liability | | | ❏ 410 Antitrust |
| ❏ 140 Negotiable Instrument |      Liability    ❏ 367 Health Care/ | | | ❏ 430 Banks and Banking |
| ❏ 150 Recovery of Overpayment | ❏ 320 Assault, Libel &      Pharmaceutical | | **PROPERTY RIGHTS** | ❏ 450 Commerce |
|      & Enforcement of Judgment |      Slander      Personal Injury | | ❏ 820 Copyrights | ❏ 460 Deportation |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers'      Product Liability | | ❏ 830 Patent | ❏ 470 Racketeer Influenced and |
| ❏ 152 Recovery of Defaulted |      Liability    ❏ 368 Asbestos Personal | | ❏ 840 Trademark |      Corrupt Organizations |
|      Student Loans | ❏ 340 Marine      Injury Product | | | ❏ 480 Consumer Credit |
|      (Excludes Veterans) | ❏ 345 Marine Product      Liability | **LABOR** | **SOCIAL SECURITY** | ❏ 490 Cable/Sat TV |
| ❏ 153 Recovery of Overpayment |      Liability    **PERSONAL PROPERTY** | ❏ 710 Fair Labor Standards | ❏ 861 HIA (1395ff) | ❏ 850 Securities/Commodities/ |
|      of Veteran's Benefits | ❏ 350 Motor Vehicle    ❏ 370 Other Fraud |      Act | ❏ 862 Black Lung (923) |      Exchange |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle    ❏ 371 Truth in Lending | ☒ 720 Labor/Management | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 190 Other Contract |      Product Liability    ❏ 380 Other Personal |      Relations | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal      Property Damage | ❏ 740 Railway Labor Act | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| ❏ 196 Franchise |      Injury    ❏ 385 Property Damage | ❏ 751 Family and Medical | | ❏ 895 Freedom of Information |
| | ❏ 362 Personal Injury -      Product Liability |      Leave Act | |      Act |
| |      Medical Malpractice | ❏ 790 Other Labor Litigation | | ❏ 896 Arbitration |
| **REAL PROPERTY** | **CIVIL RIGHTS**    **PRISONER PETITIONS** | ❏ 791 Employee Retirement | **FEDERAL TAX SUITS** | ❏ 899 Administrative Procedure |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights    **Habeas Corpus:** |      Income Security Act | ❏ 870 Taxes (U.S. Plaintiff |      Act/Review or Appeal of |
| ❏ 220 Foreclosure | ❏ 441 Voting    ❏ 463 Alien Detainee | |      or Defendant) |      Agency Decision |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment    ❏ 510 Motions to Vacate | | ❏ 871 IRS—Third Party | ❏ 950 Constitutionality of |
| ❏ 240 Torts to Land | ❏ 443 Housing/      Sentence | |      26 USC 7609 |      State Statutes |
| ❏ 245 Tort Product Liability |      Accommodations    ❏ 530 General | | | |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities -    ❏ 535 Death Penalty | **IMMIGRATION** | | |
| |      Employment    **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 446 Amer. w/Disabilities -    ❏ 540 Mandamus & Other | ❏ 465 Other Immigration | | |
| |      Other    ❏ 550 Civil Rights |      Actions | | |
| | ❏ 448 Education    ❏ 555 Prison Condition | | | |
| |    ❏ 560 Civil Detainee - | | | |
| |      Conditions of | | | |
| |      Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❏ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Section 301 of Labor Management Relations Act, 29 USC 185
Brief description of cause:
Action to challenge labor arbitration award

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ❏ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE      DOCKET NUMBER

DATE
10/02/2015

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

**FOR OFFICE USE ONLY**

RECEIPT #      AMOUNT      APPLYING IFP      JUDGE      MAG. JUDGE

Exhibit 3

1  Steven L. Stemerman, # 67690
2  Andrew J. Kahn, # 129776
   DAVIS, COWELL & BOWE
3  595 Market Street, Suite 1400
   San Francisco, CA 94105
4  415-597-7200

5  *Attorneys for Defendant United Food and*
6  *Commercial Workers Local 8-Golden State*

7                    SUPERIOR COURT OF CALIFORNIA

8                        COUNTY OF SACRAMENTO

9

10  RALEY'S, a California corporation; VICKI
11  LYNN LIKES, an individual; and LORI LYNN
    BELGER, an individual,                          Case No. 34-2015-00184814-CU-CO-GDS
12
13                    Plaintiffs,                    **DEFENDANT'S NOTICE OF FILING
                                                     A PETITION FOR REMOVAL TO
14        v.                                         FEDERAL COURT UNDER 28 U.S.C.
                                                     §§ 1331 AND 1441(a) AND 29 U.S.C. §
15  UNITED FOOD AND COMMERCIAL                       185(a)**
    WORKERS LOCAL 8-GOLDEN STATE, a                  **(FEDERAL QUESTION)**
16  California incorporated labor association; and
17  DOES 1-20,

18                    Defendants.

19

20  To the Clerk of the Superior Court of Sacramento County:

21        PLEASE TAKE NOTICE THAT a Petition for Removal of Case Number 34-2015-00184814-

22  CU-CO-GDS was filed in the United States District Court for the Eastern District of California on

23  October 2, 2015.  The federal court case number is 2:15−CV−02073−KJM−KJN.

24        A copy of the said Petition for Removal is attached to this Notice as Exhibit 1.  A copy of the

25  Civil Cover sheet is attached as Exhibit 2.  A copy of the Notice to Adverse Party of Removal of Action

26  is attached to this notice as Exhibit 3.  Pursuant to 28 U.S.C. section 1446(d), filing of the Petition for

27  Removal effects removal of this action and the above-captioned Court may proceed no further unless

28  and until the case is remanded.

                                               1

.

Date:  October 2, 2015

Respectfully submitted,

DAVIS, COWELL & BOWE

By:  /s/ Andrew J. Kahn
   Andrew J. Kahn

*Attorneys for Defendant United Food and Commercial Workers Local 8-Golden State*

2